UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:17-cv-0965 AC P<br><br><br><br>ORDER |

Plaintiff is a Butte County Jail inmate proceeding without counsel. Plaintiff filed a civil rights complaint in this action on May 8, 2017, challenging the failure of Butte County Jail to award him "milestone credits for school and extra work duties [as] do[] all other counties in the State of California." ECF No. 1 at 3. Plaintiff also requested leave to proceed in forma pauperis. ECF No. 2. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4.

On June 26, 2017, prior to this court's review of plaintiff's filings, plaintiff filed a request for voluntary dismissal of this action without prejudice. See ECF No. 5 (docketed as a "motion to dismiss"). For good cause shown, plaintiff's request will be granted.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for dismissal of this action, ECF No. 5, is granted.

2. This action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

3. Plaintiff's motion to proceed in forma pauperis, ECF No. 2, is denied as moot.

4. The Clerk of Court is directed to close this action.

SO ORDERED.

DATED: June 30, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE